Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Wayne R. Andersen

| | |
|---|---|
| 1:04-cv-03109 | Hagenbuch v. 3B6 Sistemi Ind SRL |
| 1:04-cv-07299 | Sprintcom Inc v. Slovenian Cultural |
| 1:06-cv-00213 | Jackson v. American Airlines |
| 1:06-cv-03380 | Shales v. Meyer Material Company |
| 1:06-cv-05907 | Sawyer et al v. Nicholson et al |
| 1:07-cv-00793 | Knova Software, Inc. v. Glover |
| 1:07-cv-02183 | Bruski v. Menu Foods, Inc. et al |
| 1:07-cv-03103 | Williams v. Cook County et al |
| 1:07-cv-03905 | R.C.M. Industries, Inc. v. Group Adm |
| 1:07-cv-04969 | Thomas v. City of Chicago et al |
| 1:07-cv-05737 | Sanders v. Weatherly et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Elaine E. Bucklo

| | |
|---|---|
| 1:04-cv-08043 | Gates-Agbor v. Will County Sheriff's Dept. |
| 1:06-cv-01533 | Laborers' Pension Fund et al v. JLA |
| 1:06-cv-04531 | Jones v. Vitas Healthcare Corporation |
| 1:07-cv-00004 | Quinones et al v. Areizaga et al |
| 1:07-cv-01196 | Mosson v. Elle |
| 1:07-cv-02333 | Cicilline v. Jewel Food Stores, Inc. |
| 1:07-cv-03142 | Ivanova v. Euroamerican Foods, Inc. |
| 1:07-cv-03931 | Bahr v. Sunrise Senior Living, Inc. |
| 1:07-cv-04650 | Ilyas vs Trans Union, LLC. |
| 1:07-cv-05376 | Mack v. Law Offices of Bradley J. Rephen, PC |
| 1:07-cv-06054 | Alessi v. Liberty Point Corporation |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Ruben Castillo

| | |
|---|---|
| 1:04-cv-02155 | Gates v. Towery |
| 1:06-cv-07195 | Nature Coast Collections, Inc. v. Consortium Service Mgt |
| 1:07-cv-01246 | Collins et al v. Heritage Wine Cellars |
| 1:07-cv-02580 | Cruz v. Cook County et al |
| 1:07-cv-03116 | Brill et al v. Baird & Warner |
| 1:07-cv-03952 | Bishop et al v. Vensons et al |
| 1:07-cv-04891 | Escobar et al v. Adventist Glenoaks |
| 1:07-cv-05475 | DeBartolo v. Trustmark Insurance |
| 1:07-cv-05338 | Konewko v. Dickler, Kahn, Slowikowsi |
| 1:07-cv-05923 | Mejia v. Town of Cicero et al |
| 1:07-cv-06357 | Prominent Consulting, LLC v. Allen Brothers, Inc. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable David H. Coar

| Case Number | Case Name |
|---|---|
| 1:05-cv-02445 | White v. Polk et al |
| 1:05-cv-04589 | Adeszko v. Carol Stream Police Dept. |
| 1:06-cv-02182 | Caldwell v. Spencer et al |
| 1:06-cv-05397 | Coburn v. Potter |
| 1:06-cv-06850 | Cortina et al v. Hotel and Rest. Emp. Local 1 |
| 1:07-cv-00229 | Union Pacific Railroad Company v. CTA |
| 1:07-cv-04022 | Allen Brothers, Inc. v. Hamilton |
| 1:07-cv-04815 | Cement Masons Pension Fund v. Distinctive Concrete, Ltd. |
| 1:07-cv-05317 | EEOC v. Orrington |
| 1:07-cv-05931 | Quddussi et al v. Dorochoff et al |
| 1:07-cv-06334 | Green v. Ducar et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Suzanne B. Conlon

| Case Number | Case Name |
|---|---|
| 1:07-cv-03035 | Weddington et al v. City of Chicago |
| 1:07-cv-01849 | Sieczka v. Canadian Pacific Railway |
| 1:07-cv-04190 | Johnson-Ester et al v. Elyea et al |
| 1:07-cv-04648 | Edge Capture L.L.C. et al v. Citadel |
| 1:07-cv-05509 | Lipscomb v. Knapp et al |
| 1:07-cv-06084 | Hartford Casualty Insurance v. Deli-Time, et al. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable John W. Darrah

| Case Number | Case Name |
|---|---|
| 1:05-cv-07030 | Linehan v. Golden Nugget et al |
| 1:06-cv-04488 | Wilhelm Publishing, Inc. v. International Profit Assoc. |
| 1:06-cv-06470 | Chamiga et al v. Midwest Capital Leasing Corp. |
| 1:07-cv-00957 | Iron Workers' Local 63 Welfare Fund v. IW&G, Inc. |
| 1:07-cv-02188 | Olson et al v. Equifax Information |
| 1:07-cv-03121 | Kimberly-Clark Corporation et al v. Medline Industries |
| 1:07-cv-03982 | Harris v. City of Chicago Streets and Sanitation Dept |
| 1:07-cv-04742 | Wilson v. Nicholson |
| 1:07-cv-05520 | Raza v. Chertoff et al |
| 1:07-cv-05996 | Hartford Casualty Insurance Company v. Friedman |
| 1:07-cv-06418 | J&J Sports Productions, Inc. v. Reye |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Samuel Der-Yeghiayan

| | |
|---|---|
| 1:05-cv-06920 | Catalan et al v. RBC Mortgage Compan |
| 1:07-cv-00303 | Patty-Suggs et al v. Oglesby et al |
| 1:07-cv-01333 | Only The First, Ltd. v. Seiko Epson |
| 1:07-cv-02454 | Iosello v. Leiblys, LLC et al |
| 1:07-cv-03037 | Palmeri v. United Parcel Service |
| 1:07-cv-03711 | Kimbrough v. P.O. Pittman, |
| 1:07-cv-04119 | Fernandez et al v. Gonzales et al |
| 1:07-cv-04910 | Edwards v. Village of Park Forest et al. |
| 1:07-cv-05323 | Doppelt v. Morris |
| 1:07-cv-05697 | CRA Rogerscasey LLC v. Lupstein |
| 1:07-cv-06060 | Pruco Life Insurance Company v. Ristick, et al. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Mark Filip

| | |
|---|---|
| 1:05-cv-00389 | Hubbard, Thomas v. Ameriquest Mortgage |
| 1:05-cv-05425 | Arrey v. Wickes Furniture, Inc. |
| 1:06-cv-03076 | Dvore v. Casmay et al |
| 1:06-cv-05544 | Legore v. Victory Memorial Hospital |
| 1:07-cv-00191 | Groff v. Dempsey |
| 1:07-cv-01884 | Croom v. Smith et al |
| 1:07-cv-03453 | Woischke et al v. Monaco Coach Corp |
| 1:07-cv-04351 | IFC Credit Corporation et al v. Tiss |
| 1:07-cv-05161 | Robinson v. International Truck |
| 1:07-cv-05891 | Will County Carpenters Pension Fund v. Contour Systems |
| 1:07-cv-06361 | Alvarado et al v. Corporate Cleaning |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Robert W. Gettleman

| | |
|---|---|
| 1:00-cv-07289 | Cebertowicz v. Chrans |
| 1:04-cv-07781 | FTC v. Capital Acquisitions |
| 1:05-cv-05206 | Jones et al v. Marriot Hotel Service |
| 1:06-cv-03105 | Hill v. Potter |
| 1:06-cv-05920 | Clark v. Polk et al |
| 1:07-cv-00301 | Wilson et al v. Dempsey et al |
| 1:07-cv-01462 | APC Filtration Inc v. Becker et al |
| 1:07-cv-02337 | Thomas v. Jackson et al |
| 1:07-cv-03301 | Jeffrey v. Met Logistics, Inc. |
| 1:07-cv-05742 | Central States Pension Fund v. G & J Cartage |
| 1:07-cv-06193 | Blahnik v. Roccovino II, Inc. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Joan B. Gottschall

| | |
|---|---|
| 1:03-cv-01907 | Higgins v. Village of River Forest |
| 1:04-cv-06986 | Paul v. Tellez |
| 1:05-cv-03688 | Mellenthin v. SBC-Ameritech |
| 1:05-cv-06586 | Campos v. Eighteenth Judicial Circuit |
| 1:06-cv-05795 | Grohe America, Inc. v. CEG Holdings, |
| 1:07-cv-01006 | Sherden v. Cellular Advantage, Inc. |
| 1:07-cv-02349 | Lutiejn v. Land Rover North America, |
| 1:07-cv-03699 | Reed v. Guardian Group Long Term Disability |
| 1:07-cv-04750 | Truck Drivers Pension Fund v. DMS Trucking |
| 1:07-cv-05730 | Henning v. Astrue |
| 1:07-cv-06431 | United States of America v. Suarez |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Ronald A. Guzman

| | |
|---|---|
| 1:05-cv-04699 | Gilbert v. Illinois State Board of Education |
| 1:06-cv-02924 | Weeden v. United States et al |
| 1:06-cv-05021 | Onesto v. Brownfield et al |
| 1:07-cv-00361 | Native American Arts, Inc. v. Maigua |
| 1:07-cv-02046 | HMC Holdings, LLC v. Perito et al |
| 1:07-cv-02991 | Nelson et al v. Gonzalez et al |
| 1:07-cv-03742 | Hare v. Custable et al |
| 1:07-cv-04617 | Venegas v. Federated Retail Holdings |
| 1:07-cv-05409 | Punski v. Karbal |
| 1:07-cv-05904 | Chicago Carpenters Council v. Environmental Success |
| 1:07-cv-06392 | Laborers' Pension Fund et al v. Huds |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable William J. Hibbler

| | |
|---|---|
| 1:06-cv-02348 | Truly v. Chambers et al |
| 1:06-cv-06810 | Piribauer v. Ankarlo et al |
| 1:07-cv-02143 | Napleton v. Ford Motor Company |
| 1:07-cv-03817 | Aliano v. Maxmara Retail, Ltd. et al |
| 1:07-cv-05392 | Troy v. C.C.C.B. Company Inc. et al |
| 1:07-cv-06490 | Brown et al v. City of Markham et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable James F. Holderman

| | |
|---|---|
| 1:05-cv-05711 | Rafferty v. Avanade, Inc. |
| 1:06-cv-03853 | George Foreman Enterprises, Inc. v. Z-Trim Holdings |
| 1:07-cv-00682 | Sompo Japan Insurance Co. v. Alliance Transportation |
| 1:07-cv-02911 | Sallis v. Portfolio Ambassador East, |
| 1:07-cv-04718 | Bobak Sausage Company v. A&J Seven Bridges, Inc. |
| 1:07-cv-05308 | D'Amico et al v. Interbay Funding |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Virginia M. Kendall

| | |
|---|---|
| 1:05-cv-05415 | National Production Workers Ins. Trust v. Cigna Corp. |
| 1:06-cv-02386 | Roger Dubuis North America, Inc. v. Geneva Seal, Inc. |
| 1:06-cv-05943 | Mendoza et al v. United States of America |
| 1:07-cv-00931 | Castro v. City of Chicago et al |
| 1:07-cv-01736 | Jabouri v. Chertoff |
| 1:07-cv-02642 | Sequel Capital, LLC v. Pearson et al |
| 1:07-cv-03513 | Dupree v. Greyhound Lines, Inc. et al. |
| 1:07-cv-04453 | Schering-Plough Corporation v. Hewitt Associates |
| 1:07-cv-05082 | Goldstein Smith et al v. Experian Information |
| 1:07-cv-05638 | Rollins et al v. Manorcare Health Services |
| 1:07-cv-05668 | Dicam, Inc. v. United States Cellullar Corp. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Matthew F. Kennelly

| | |
|---|---|
| 1:05-cv-05011 | Chicago United Industries, Ltd. v. Chcago |
| 1:06-cv-02272 | Central States Pension Fund v. Air Express International |
| 1:06-cv-06273 | Krawczyk v. Blatt, Hasenmiller |
| 1:07-cv-00968 | Exelon Generation Company, LLC et al |
| 1:07-cv-02231 | Hayes et al v. City of Chicago |
| 1:07-cv-03129 | Frieson v. Cook County |
| 1:07-cv-03926 | Murillo v. Commissioner of Social Security |
| 1:07-cv-04741 | Nordloh v. Tuschall Engineering Comp |
| 1:07-cv-05372 | Pullano v. Chertoff |
| 1:07-cv-05872 | Painters Pension Fund v. D & P Chicago, Inc. |
| 1:07-cv-06384 | Kidder v. Johnson & Johnson et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Joan H. Lefkow

| | |
|---|---|
| 1:06-cv-00645 | Hicks v. Irvin et al |
| 1:06-cv-03528 | Vetter et al v. Dozier et al |
| 1:06-cv-06338 | IFC Credit Corporation v. Centrix Co |
| 1:07-cv-01144 | Liquid Container, L.P. v. Industrial Risk Insurers |
| 1:07-cv-02144 | Cooper et al v. Daley et al |
| 1:07-cv-03478 | Powers v. Hewlett-Packard Company |
| 1:07-cv-03961 | International Paper Company v. Harris, NA |
| 1:07-cv-04555 | Yarko v. JKL Partners, Inc. et al |
| 1:07-cv-05146 | Gallop Logistics v. G&S Expedited Freight, Ltd. |
| 1:07-cv-05903 | Carpenters Pension Fund v. Mamax, Inc. |
| 1:07-cv-06462 | Central Ohio Energy Inc v. Saudi Arabian Oil Co., et al. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Harry D. Leinenweber

| | |
|---|---|
| 1:05-cv-03198 | 360networks Tennessee, LLC vs. Illininois Central RR |
|    1:05-cv-03200 | 360networks Mississippi LLC v. Illinois Central RR |
|    1:06-cv-05558 | Illinois Central Railroad Company v. 360Networks |
| 1:06-cv-03780 | Patrick v. City Of Chicago et al |
| 1:06-cv-06789 | Blackwell v. Battaglia et al |
| 1:07-cv-01924 | Bianco et al v. Purelight, Inc. et a |
| 1:07-cv-03514 | Hesse v. Learning Curve Brands, Inc. |
|    1:07-cv-03609 | Deke v. RC2 Corporation et al |
|    1:07-cv-03614 | Walton v. RC2 Corporation et al |
|    1:07-cv-03682 | O'Leary v. Learning Curve |
|    1:07-cv-03707 | Djurisic v. Apax Partners, Inc. et a |
|    1:07-cv-03747 | Reddell et al v. Learning Curve Brands |
|    1:07-cv-04187 | Rohde et al v. Learning Curve Brands |
|    1:07-cv-04547 | Kreiner v. RC2 Corp. |
|    1:07-cv-04642 | Wilson v. Learning Curve |
| 1:07-cv-04618 | M3Medical Management Services, Ltd. v. Lopez |
| 1:07-cv-05654 | Larry Maurice Banks, Inc. v. Elgin Mental Health Center |
| 1:07-cv-06044 | Holmstrom v. Metropolitan Life Insurance |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Blanche M. Manning

| | |
|---|---|
| 1:04-cv-00758 | Lewis v. Budz |
| 1:06-cv-00815 | Geraty v. Metra |
| 1:06-cv-03757 | Delgado v. Mak et al |
| 1:06-cv-05447 | Cano et al v. Herrig et al |
| 1:07-cv-01330 | Hardnick v. United States of America |

```
1:07-cv-02922    Sterling Federal Bank, F.S.B. v. Credit Suisse First Boston
1:07-cv-03788    Huber v. Life Insurance Company of North America
1:07-cv-04339    American Portfolio Mortgage Corp. v. Just Mortgage
1:07-cv-04952    Zeeco Metals Inc v. Jim Anderson Trucking
1:07-cv-05596    Jackson v. Household Bank Card Services
1:07-cv-06015    Davis v. Winnetka Police Dept. et al
```

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable James B. Moran

```
1:03-cv-09421    American Hardware Mfr v. Reed Elsevier
1:05-cv-03812    Chao v. Linder et al
1:06-cv-02053    Wessels v. NII-JII Entertainment,
1:07-cv-00530    Johns v. Amtrak Police Unit
1:07-cv-02934    Follman v. Hospitality Plus of Carpentersville
1:07-cv-03958    Sigala et al v. Valeriano et al
1:07-cv-05009    Perez v. Forest Preserve District of DuPage County
1:07-cv-06131    Knowles v. Hopson et al
```

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Charles R. Norgle

```
1:04-cv-02767    El-Bakly v. Autozone Inc
1:05-cv-03549    Perez v. Globe Ground North America
1:06-cv-01689    Hildwein v. Village of Riverside
1:06-cv-04703    Holtz v. Piranha Capital, L.P. et al
1:07-cv-00674    O'Dea-Evans v. A Place For Mom, Inc.
1:07-cv-02268    Atlantic Recording Corp., et al. v. Phalesia Visione
1:07-cv-03446    Engelberth v. Ellickson et al
1:07-cv-04240    Atlantic Mutual Insurance Company v. Pickus, et al.
1:07-cv-04992    Trustees Plumbers' Local 93 v. Exceptional Plumbing
1:07-cv-05627    Stecyna v. JHS LLC et al
1:07-cv-06205    Divane et al v. Delectric Shop, Inc
```

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Rebecca R. Pallmeyer

```
1:06-cv-00462    Federal Insurance Company v. Arthur
1:06-cv-00588    Brandt v. Village of Winnetka
1:06-cv-03530    Ritchie v. Burlington Northern Santa Fe RR
1:06-cv-06143    Native American Arts, Inc. v. King
1:07-cv-00709    Griffin, Kubik, Stephens & Thompson v. Tofilon, et al.,
1:07-cv-01815    Williams v. Sims et al
1:07-cv-02722    LaSalle Bank National Association v. Paloian, et al.
```

```
              1:07-cv-02815   LaSalle Bank National Association v. Comm. Uninsured Creditors
              1:07-cv-05231   LaSalle Bank National Association v. Paloian, et al,
              1:07-cv-05232   Paloian v. LaSalle Bank National Association, et al.
1:07-cv-04193   Downs v. Brickmen et al
1:07-cv-05078   Kimberly Simmons v. Janik
1:07-cv-05702   Painters Pension Fund v. DePinto Drywall and Painting
1:07-cv-06298   Pressure Specialist, Inc. v. Archon
```

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Milton I. Shadur

```
1:04-cv-03367   Degorski v. Wilson
1:05-cv-04117   Thomas et al v. City of Harvey et al
1:06-cv-01895   Ellis v. McKinney
1:06-cv-05089   United States of America v. Teichman
1:06-cv-06484   Mirza v. Neiman Marcus
1:07-cv-01382   Bollie v. Waubonsee Community College Trustees
1:07-cv-03229   London v. Affinity Internet, Inc.
1:07-cv-03826   Bryan v. Unknown Officers et al
1:07-cv-05097   Taylor v. Chicago Police Department
1:07-cv-05587   Cunningham v. Shoreline Sightseeing
1:07-cv-05980   Resurrection Health Care v. GE Health
```

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Amy J. St. Eve

```
1:05-cv-05518   Betley et al v. Kohl's Department Store
1:06-cv-02402   The Guarantee Title & Trust Company
1:06-cv-05335   ACE Hardware Corporation v. Marn, Inc,
1:07-cv-00422   Martinez et al v. The City of Chicago
1:07-cv-01322   Construction and Design Company et al.
1:07-cv-02341   Fuller v. Hulick et al
1:07-cv-02951   Howard v. Health Care Service Corp.
1:07-cv-03649   Horne v. Liebhart et al
1:07-cv-04210   Lewitton v. ITA Software, Inc.
1:07-cv-04772   Central States Pension v. Warner and Sons, Inc.
1:07-cv-05228   Garcia - Acosta et al v. Dorochoff
```

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable James B. Zagel

```
1:04-cv-00346   WM Wrigley Jr. Co v. Cadbury Adams
1:04-cv-07587   Imagecube LLC v. Boeing Co
1:05-cv-06959   Laborers' Pension Fund v. Herlt
```

| | |
|---|---|
| 1:06-cv-02698 | Lim v. Unknown Person et al |
| 1:06-cv-04630 | Hotel Employees Welfare Fund v. Printer's Row, LLC |
| 1:06-cv-06498 | Native American Arts, Inc. v. The Sportsman's Guide |
| 1:07-cv-03149 | Krippelz v. Ford Motor Company |
| 1:07-cv-03979 | NECA-IBEW Local No. 176 v. LaSalle National Bank |
| 1:07-cv-04810 | Hancock et al v. Downtown Disposal |
| 1:07-cv-05712 | Goveia et al v. Rail Terminal Service |
| 1:07-cv-06471 | Bartosik v. City of Chicago et al |