UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALLISON KIDDER
PLAINTIFF,
v.
JOHNSON & JOHNSON; JOHNSON &
JOHNSON PHARMACEUTICAL RESEARCH
AND DEVELOPMENT, LLC; ORTHO-McNEIL
PHARMACEUTICAL, INC.; and ORTHO
McNEIL, INC.,
DEFENDANTS.

Case No. 1:07-cv-06384

**Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, counsel for Defendants hereby state that Johnson & Johnson is a corporation whose securities are publicly traded. Defendant Johnson & Johnson does not have a parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock. Additionally, there is no entity owning more than five percent of Johnson & Johnson.

Defendant Johnson & Johnson Pharmaceutical Research & Development, LLC is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson. Defendant Ortho-McNeil, Inc. is a wholly owned subsidiary of Ortho-McNeil Pharmaceutical, Inc.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Kara L. McCall* |
| OF COUNSEL: | Kara L. McCall (6272681) |
| Julie A. Callsen (0062287) | Sidley Austin LLP |
| Tucker Ellis & West LLP | One S. Dearborn Street |
| 1150 Huntington Building | Chicago, IL 60603 |
| 925 Euclid Avenue | Telephone: 312.853.7000 |
| Cleveland, OH 44115-1414 | Facsimile: 312.853.7036 |
| Telephone: (216)592.5000 | E-mail: kmccall@sidley.com |
| Facsimile: (216)592.5009 |  |
| E-mail: jcallsen@tuckerellis.com |  |
|  | Attorney for Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc., and Ortho McNeil, Inc. |

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also caused one copy to be sent to plaintiff's counsel via U.S. Mail to the following addresses:

Kent M. Lucaccioni
KENT M.. LUCACCIONI, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603

Howard L. Nations
THE LAW OFFICES OF HOWARD L. NATIONS
4515 Yoakum Blvd.
Houston, TX 77006-5895

/s/ Kara L. McCall
One of the attorneys for Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc., and Ortho McNeil, Inc.

CH1 4105572v.1