UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLISON KIDDER, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Case No. 1:07-cv-06384 |
| | ) | Judge Robert M Dow |
| JOHNSON & JOHNSON; JOHNSON & | ) | |
| JOHNSON PHARMACEUTICAL | ) | **DEFENDANTS' MOTION TO** |
| RESEARCH AND DEVELOPMENT, | ) | **STAY PENDING TRANSFER TO** |
| LLC; ORTHO-McNEIL | ) | **MDL** |
| PHARMACEUTICAL, INC.; and | ) | |
| ORTHO McNEIL, INC., | ) | |
| | | |
| DEFENDANTS. | ) | |

Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc.; and Ortho-McNeil, Inc. ("Defendants"), by and through counsel, hereby file this Motion to Stay this proceeding in the United States District Court for the Northern District of Illinois, pending transfer of this action to the multi-district litigation established by the Judicial Panel on Multi-District Litigation for federal lawsuits involving common questions of fact regarding the prescription drug Ortho Evra®. Based on the anticipated transfer of this action to the MDL proceeding, Defendants request that this action be stayed and the Status Hearing set for January 9, 2008 be continued. In support of this Motion, Defendants state:

1.      This lawsuit involves claims by Plaintiff against the Defendants arising out of Plaintiff's alleged use of the prescription drug Ortho Evra®.

2.	On March 1, 2006, the Judicial Panel on Multi-District Litigation ("Panel") transferred twelve civil actions to the United States District Court for the Northern District of Ohio involving claims related to the use of the prescription drug Ortho Evra®, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.  The coordinated/consolidated pretrial proceedings are titled *In Re Ortho Evra Products Liability Litigation*, Docket No. 1742, and have been assigned to the Honorable David A. Katz.

3.	Since March 1, 2006, the Panel has transferred hundreds of additional actions to the United States District Court for the Northern District of Ohio that involve the same subject matter.

4.	This action involves claims and questions of fact similar to the actions transferred to MDL-1742.

5.	On November 19, 2007, Defendants filed Notice of Tag-Along Actions #62 in MDL-1742, giving notice to the Panel of potential tag-along actions related to the actions already transferred to MDL-1742.  This action is included in this Notice.  A copy of Notice of Tag-Along Actions #62 is attached as Exhibit A.

6.	Therefore, Defendants anticipate that the Panel will include this action on a future Conditional Transfer Order through which this action and other additional actions will soon be transferred to MDL 1742- *In Re Ortho Evra Products Liability Litigation.*

7.    The undersigned counsel is not aware of any reason(s) why this action should not be transferred to MDL-1742.

8.    This Court has scheduled a Status Hearing in this action for January 9, 2008.

9.    Defendants' Answer in this case is due on January 17, 2008.

WHEREFORE, Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc.' and Ortho-McNeil, Inc., respectfully request that the Court stay all proceedings in this action before this Court unless and until Judge Katz remands this action from MDL-1742 *In Re Ortho Evra Products Liability Litigation* back to this Court.

Respectfully submitted,


Of Counsel:
Julie A. Callsen
**Tucker Ellis & West LLP**
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414
Telephone: (216) 592.5000
Facsimile: (216) 592.5009
E-mail: julie.callsen@tuckerellis.com

/s/Kara L. McCall
——————————————
Kara L. McCall
**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Telefax: (312) 853-7036
E-mail: kmccall@sidley.com

Attorneys for Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc.; and Ortho-McNeil, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, a copy of the foregoing Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc.; and Ortho-McNeil, Inc.'s Motion to Stay Pending Transfer to MDL was filed electronically. Parties may access this filing through the Court's system. I also caused one copy to be sent to plaintiff's counsel via U.S. Mail to the following addresses:

Kent M. Lucaccioni
KENT M.. LUCACCIONI, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603

Howard L. Nations
THE LAW OFFICES OF HOWARD L. NATIONS
4515 Yoakum Blvd.
Houston, TX 77006-5895

/s/ Kara L. McCall
_____
One of the attorneys for Defendants
Johnson & Johnson; Johnson & Johnson
Pharmaceutical Research &
Development, LLC; Ortho-McNeil
Pharmaceutical, Inc., and Ortho McNeil,
Inc.

CH1 4105513v.1

4