BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Ortho Evra® Products Liability Litigation | MDL DOCKET NO. 1742 |

## NOTICE OF TAG-ALONG ACTIONS #62

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (hereinafter "Panel"), defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., and Ortho-McNeil Pharmaceutical, Inc. (hereinafter "Defendants") hereby give notice of the following related and potential tag-along actions that Defendants have become aware of since filing their November 16, 2007 Notice of Tag-Along Actions.

| | CAPTION and CIVIL ACTION NO. | DISTRICT COURT and DIVISION | DATE COMPLAINT FILED | JUDGE |
|---|---|---|---|---|
| 1. | Adams, Shawnice; Alvarez, Patricia; Amore, Jamie; Bell, Tiffany; Bernier, Sharesa; Black, Kimberly; Blanchard, Nadine; Bolian, Revalee; Bradford, Nicole Collins; Bridgewater, Shawna; Buckner, Rodney as personal representative of the Estate of Denishia White and as next friend for Mekale Buckner and Malik Buckner and Jimmy White, individually; Buelow, Diane; Burton, Jeannie; Chatman, Cynthia; Christensen, Clare; Cleveland, Crystal; Corona, Jessica Cosgrove; Daniels, Chimere; Boyd, Daisy as next friend for Diane Davis; Diaz, Victoria; Emerson, Shaqueena; Evans, Leleta; Gleeson, LaKesha; Hall, Gail; Holman, Nickila; Hutchins, Michelle; Jennings, Charlotte; Kerner, Beth; Landrum, Lorrie; Lobley, Sharita; Louis, Roxanne; Maddox, Lawanda; Mahomes, Tonya; Manion, Genevieve, as next friend for Amanda Medici, a minor; Marengo, Rosemarie; Martin, Kelli Dominquez; McAllister, Linda; Miller, Joyce; Morales, Shelly Elliot; Norton, DeQuebanese; Osborne, Hope; Oxendine, Lakeisha; Projansky, Judith; Rado, Diane; Reed, Gwendolyn; Retting, Cydney; Roney, Delourdes; Ross, Trena; Ryan, Melissa; Sanders, Talisha; Schaecher, Theresa; Seward, Laurie; Shack, Qiana; Sinclair, Veronica; Smith, Brenda; St. Clair, Heather; Stinson, Bettie; Swanson, Shamica; Toote, Phyllis; Turner, Elizabeth; Wenger, Shalaina; Wichman, Valerie; Williams, Kay Trena; Williams, Nina; Williams, Sherita; Willis, Sherlanda; Wilson, Alaine Elizabeth; Woodard, Tracy, v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; and Ortho-McNeil Pharmaceutical Inc. Civil Action No. 07-4440 | District of Minnesota | 10/31/07 | Judge Ann D. Montgomery |

|   | CAPTION and CIVIL ACTION NO. | DISTRICT COURT and DIVISION | DATE COMPLAINT FILED | JUDGE |
|---|---|---|---|---|
| 2. | Britt, Angela and Britt, Michael v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-05216 | District of New Jersey | 10/30/07 | Chief Judge Garrett E. Brown, Jr. |
| 3. | Curtis, Yerinita v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-5217 | District of New Jersey | 10/30/07 | Chief Judge Garrett E. Brown, Jr. |
| 4. | Darrisaw, Latonya v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-5148 | District of New Jersey | 10/26/07 | Judge Joel A. Pisano |
| 5. | DeFilippo, Kimberly and DeFilippo, Robert v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-5243 | District of New Jersey | 10/31/07 | Judge Joel A. Pisano |
| 6. | Embrey, Angela v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-1155 | Southern District of Ohio | 11/7/07 | Judge Algenon L. Marbley |
| 7. | Gil, Krishna v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-5147 | District of New Jersey | 10/26/07 | Judge Freda L. Wolfson |

3

|  | CAPTION and CIVIL ACTION NO. | DISTRICT COURT and DIVISION | DATE COMPLAINT FILED | JUDGE |
|---|---|---|---|---|
| 8. | Gregory, Kelsey v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-1166 | Southern District of Ohio | 11/9/07 | Judge Edmund A Sargus |
| 9. | Hughes, Sarah and Hughes, Caleb v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-5242 | District of New Jersey | 10/31/07 | Judge Freda L. Wolfson |
| 10. | Hutton, Gloria v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-5239 | District of New Jersey | 10/31/07 | Judge Joel A. Pisano |
| 11. | Johnson, Shearelle v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-5145 | District of New Jersey | 10/26/07 | Judge Joel A. Pisano |
| 12. | Kidder, Allison v. Ortho McNeil Pharmaceutical, Inc., Johnson & Johnson, and Johnson & Johnson Pharmaceutical Research & Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical Research Institute.<br>Civil Action No. 07-6384 | Northern District of Illinois | 11/9/07 | Judge Matthew F. Kennelly |
| 13. | Luper, Michelle Lee v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc.<br>Civil Action No. 07-5240 | District of New Jersey | 10/31/07 | Judge Joel A. Pisano |

|     | CAPTION and CIVIL ACTION NO. | DISTRICT COURT and DIVISION | DATE COMPLAINT FILED | JUDGE |
| --- | --- | --- | --- | --- |
| 14. | Maddocks, Shelly and Maddocks, Brian v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc. Civil Action No. 07-5227 | District of New Jersey | 10/30/07 | Judge Joel A. Pisano |
| 15. | Martinez, Somer v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc. Civil Action No. 07-5149 | District of New Jersey | 10/26/07 | Judge Joel A. Pisano |
| 16. | Mathews, Rebecca v. Johnson & Johnson, Johnson & Johnson Pharmaecutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc. Civil Action No. 07-5146 | District of New Jersey | 10/26/07 | Judge Joel A. Pisano |
| 17. | Reese, Myeka v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc. Civil Action No. 07-5231 | District of New Jersey | 10/30/07 | Judge Freda L. Wolfson |
| 18. | Salazar, Danette v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc. Civil Action No. 07-5235 | District of New Jersey | 10/31/07 | Chief Judge Garrett E. Brown, Jr. |
| 19. | Zier-Sajnani, Jennifer Ann v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute, and Ortho-McNeil Pharmaceutical, Inc. Civil Action No. 07-5150 | District of New Jersey | 10/26/07 | Judge Freda L. Wolfson |

Respectfully submitted,

DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
Attorneys for Defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., and Ortho-McNeil Pharmaceutical, Inc.

By: /s/ Susan M. Sharko
Susan M. Sharko

Dated: November 19, 2007