UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLISON KIDDER,<br><br>PLAINTIFF,<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; ORTHO-McNEIL PHARMACEUTICAL, INC.; and ORTHO McNEIL, INC.,<br><br>DEFENDANTS. | Case No. 1:07-cv-06384<br>Judge Robert M. Dow<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO STAY PENDING TRANSFER TO MDL** |

PLEASE TAKE NOTICE that Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc.; and Ortho-McNeil, Inc. ("Defendants"), filed on December 27, 2007, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, DEFENDANT'S MOTION TO STAY PENDING TRANSFER TO MDL, which will be presented to Judge Robert M. Dow on **January 9, 2008 at 3:00 p.m. in Room 1778** at 219 South Dearborn, Chicago, Illinois 60604.

Dated: January 2, 2008      By:     *s/ Kara L. McCall*
                                                Kara L. McCall
                                                **SIDLEY AUSTIN LLP**
                                                One South Dearborn Street
                                                Chicago, Illinois  60603
                                                phone 312.853.7000
                                                facsimile 312.853.7036

                                                Julie Callsen (of counsel)
                                                **Tucker Ellis & West LLP**
                                                1150 Huntington Bldg.
                                                925 Euclid Avenue
                                                Cleveland, Ohio 44115-1414
                                                phone 216.592.5000
                                                facsimile 216.592.5009

...

*Counsel for Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc., and Ortho McNeil, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2008, a copy of the foregoing Notice of Hearing on Defendants' Motion to Stay Pending Transfer to MDL was filed electronically. Parties may access this filing through the Court's system. I also caused one copy to be sent to plaintiff's counsel via U.S. Mail to the following addresses:

Kent M. Lucaccioni
KENT M.. LUCACCIONI, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603

Howard L. Nations
THE LAW OFFICES OF HOWARD L. NATIONS
4515 Yoakum Blvd.
Houston, TX 77006-5895

                                               */s/ Kara L. McCall*
                                             One of the attorneys for Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil Pharmaceutical, Inc., and Ortho McNeil, Inc.