United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

January 7, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: **MDL 1742 Ortho Evra Products Liability Litigation**

<u>Transfer of Civil Cases</u>                                    <u>ILN#</u>
**Kidder v Johnson & Johnson**                          **1:07-6384**

Dear Sir/Madam:

    Attached is a certified copy of Conditional Transfer Order (CTO-61) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

    When the case(s) have been closed in your District please follow these procedures:

1. Initiate the civil case transfer functionality in CM/ECF;
2. When prompted to select the "To court" choose "Ohio Northern".

    **Note:** After completing this process the "NEF" screen will display the following message" "Sending e-mail to InterdistrictTransfer_OHND@ohnd.uscourts.gov." If this message is not displayed we have not received notice.

    We will initiate the procedure to retrieve the transferred case(s) upon receipt of the e-mail. **If your court does not utilize the CM/ECF transfer functionality please contact our MDL clerks at the following e-mail addresses and documents will be retrieved using the courts pacer account:**

    **Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

    If you have any questions, please call Renee Schumitsh at (216) 357-7017.

Sincerely,

Geri M. Smith
Northern District of Ohio



**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT