

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

January 8, 2008

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

RE:  Kidder v. Johnson & Johnson et al
Case No:   07cv6384

Dear Clerk:

Pursuant to the order entered by the MDL Panel on 12/27/07 , the above record

■    was electronically transmitted to   Northern District Of Ohio.

                                              Sincerely yours,

                                              Michael W. Dobbins, Clerk

                                              By:     /s/ Lakisha C. Williams
                                                          Deputy Clerk

Enclosures

New Case No. _____        Date _____

c:     Non-ECF Attorneys and Pro se Parties